CHARLES MICHAEL RODGERS, Appellant, v. WAR-
DEN, NEVADA STATE PRISON, Respondent.

No. 7280

February 7, 1975                    530 P.2d 1207

*Horace R. Goff,* State Public Defender, and *Michael R. Griffin,* Special Deputy Public Defender, of Carson City, for Appellant.

*Robert List,* Attorney General, Carson City; *Larry R. Hicks,* District Attorney, and *Kathleen M. Wall,* Assistant Chief Deputy District Attorney, Washoe County, for Respondent.

**OPINION**

*Per Curiam:*

Since the record does not show that Rodgers' guilty plea to the charge of robbery was induced by a promise of the prosecutor which later was broken, we affirm the order of the district court denying post-conviction relief. Conger v. Warden, 89 Nev. 263, 510 P.2d 1359 (1973).

Affirmed.